UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINE LI, | CASE NO. 2:22-CV-00444-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| NORTHEASTERN UNIVERSITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulation of dismissal. Dkt. No. 57. Pursuant to the parties' agreement, this action is dismissed with prejudice and without costs or attorney fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

Dated this 21st day of August, 2023.

Lauren King
United States District Judge

---

[1] The stipulation cites Federal Rule of Civil Procedure 41(a)(2), Dkt. No. 57 at 1; however, Rule 41(a)(1)(A)(ii) governs "stipulation[s] of dismissal signed by all parties who have appeared."

ORDER OF DISMISSAL - 1